UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00164-MR

| | |
|---|---|
| THOMAS HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU PROPST, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for U.S. Marshal Service of Summons." [Doc. 20].

Pro se Plaintiff Thomas Hughes ("Plaintiff") is a North Carolina state inmate currently incarcerated at Foothills Correctional Institution ("Foothills") in Morganton, North Carolina. He filed this action on June 21, 2021, pursuant to 42 U.S.C. § 1983, naming FNU Propst, identified as Correctional Officer at Foothills, as the sole Defendant. [Doc. 1]. Plaintiff has since amended his Complaint twice. [Docs. 4-1, 11, 12]. Plaintiff's Second Amended Complaint survived initial review in accordance with the Court's Order. [Doc. 13]. The Court ordered that the Clerk commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendant Propst. [Id. at 4]. On October 14, 2021, Defendant Propst waived service and his answer is

due December 13, 2021. [Doc. 19].

Plaintiff now moves for the Court to order the U.S. Marshal to serve Defendant Propst. [Doc. 20]. The Court will deny Plaintiff's motion as moot because Defendant Propst has already been served.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 20] is **DENIED** as moot.

**IT IS SO ORDERED**.

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge