# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00164-MR

| | |
|---|---|
| THOMAS HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU PROPST, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on "Plaintiff's First Request for Production of Documents." [Doc. 34].

Pro se Plaintiff Thomas Hughes ("Plaintiff") is a prisoner of the State of North Carolina, currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. Plaintiff filed this action on June 21, 2021, pursuant to 42 U.S.C. § 1983, naming FNU Propst as the sole Defendant. [Doc. 1]. The Clerk promptly mailed Plaintiff an Order of Instructions, advising Plaintiff, among other things, that the parties "shall not file any … discovery requests … unless … directed to do so by the Court" pursuant to Local Rule 26.2. [Doc. 3 at ¶ 7]. Plaintiff's Second Amended Complaint survived initial review on August 16, 2021. [Docs. 12, 13]. After Defendant Propst filed his Answer, the Court entered a Pretrial Order and Case

Management Plan (PTOCMP) setting the discovery deadline for May 13, 2022. [Doc. 29].

Despite the Clerk's express instruction, Plaintiff has filed a discovery request with the Court. [Doc. 34]. Discovery requests should be served on the opposing party only. The Court will strike this improper filing. Plaintiff is advised to review the Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the record.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's discovery request [Doc. 34] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: March 2, 2022

Martin Reidinger
Chief United States District Judge