# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00164-MR

| | |
|---|---|
| **THOMAS HUGHES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FNU PROPST,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion to File Video Exhibit Manually. [Doc. 77].

For the reasons stated in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 77] is **GRANTED.** Defendant shall mail the Exhibit to the following address for docketing and transmission to PSLC1:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

**IT IS FURTHER ORDERED** that within ten (10) days of this Order Defendant shall make a copy of the Exhibit available for viewing by Plaintiff through the staff at the facility at which Plaintiff is currently housed if the video has not been previously made available to Plaintiff for viewing.

The Clerk is respectfully instructed to update the docket in this matter to reflect the true full name of Defendant FNU Propst as James W. Propst consistent with Defendant's recent filings in this matter.

**IT IS SO ORDERED**.

Signed: November 9, 2022

Martin Reidinger
Chief United States District Judge