UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00164-MR

| | |
|---|---|
| THOMAS HUGHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JAMES W. PROPST, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte* on the Court's denial of Defendant's Motion for Summary Judgment.

The parties are directed to notify the Court within fourteen (14) days of this Order if they object to participating in a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial.

The parties are advised that, should a judicial settlement conference being undertaken in this matter to facilitate settlement, there is no requirement that the case settle through such a conference. Rather, if a judicial settlement conference were unsuccessful, the matter would proceed to trial. Should either or both parties object to a judicial settlement conference in this matter, the matter will be set for trial to occur as soon as

feasible.

## **ORDER**

**IT IS THEREFORE ORDERED** that the parties shall notify the Court within fourteen (14) days of this Order if they object to a judicial settlement conference in this matter in accordance with the terms of this Order.

**IT IS SO ORDERED**.

Signed: March 20, 2023

Martin Reidinger
Chief United States District Judge