IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00164-MR

| | | |
|---|---|---|
| THOMAS HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES W. PROPST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 92.

A judicial settlement conference is set for **Thursday, June 22, 2023 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone. Call-in information will be provided to Defendant by separate communication.

Plaintiff may participate in the conference from any appropriate location. The undersigned strongly encourages Plaintiff to participate from a setting in which he may have confidential discussions.[1]

---

[1] On May 11, 2023, Plaintiff filed a Notice of Change of Address indicating that he was scheduled to be released from prison on May 13, 2023. Doc. 90. A search of the North Carolina Department of Adult Correction database shows Plaintiff is in post release status.

1

Defendant and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later **than June 15, 2023** or be subject to summary denial.

**Defense counsel shall ensure that Plaintiff (and any applicable probation officer) receives the call-in information for this conference**.

It is so ordered.

Signed: May 23, 2023

W. Carleton Metcalf
United States Magistrate Judge